IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREGORY WAYNE KOZLOWSKI,

    Plaintiff,

v.

GREGORY VAN RYBROEK, PAUL LANE
RICHARD SCHALLER, RANDY KLAS,
JAMES STRAND, MICHAEL J.
VANSISTINE, AND PATRICK CORK,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-478-wmc

    IT IS ORDERED AND ADJUDGED that judgment is entered

(1) in favor of defendants as to:

    (a) plaintiff Gregory Wayne Kozlowski's state law, Eighth Amendment, Equal Protection and Substantive Due Process claims;

    (b) all of plaintiff's claims against defendants Michael Van Sistine and James Strand;

    (c) plaintiff's First Amendment claim related to restrictions placed on his calls, visits and incoming mail; and

    (d) plaintiff's First Amendment claim for damages related to restrictions placed on his outgoing mail;

(2) in favor of plaintiff as to his First Amendment claim for injunctive relief related to restrictions placed on his outgoing mail. Defendants are enjoined from re-imposing the August 2016 Client Rights Limitation or Denial banning plaintiff Gregory

Wayne Kozlowski from sending mail to Department of Health Services patients, Department of Corrections prisoners and county jail inmates, absent a specific finding that Kozlowski's efforts to send mail to those recipients presented a threat to institution safety or security; and

 (3) this case is dismissed.

Approved as to form this 20th day of December, 2018.

/s/
William M. Conley
District Judge

/s/                     December 20th, 2018
Peter Oppeneer, Clerk of Court          Date