Gregory W. Kozlowski

301 Troy Drive

Madison, WI 53704

*January 18th, 2019*

DOC NO
REC'D/FILED

2019 JAN 24 AM 11: 16

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

7th Circuit Court of Appeals

Everett McKinley Dirksen

United States Courthouse

219 S. Dearborn Street Room 2722

Chicago, Illinois 60604


RE: Case No. 16-CV-478-wmc

## NOTICE OF INTENT TO APPEAL TO 7TH CIRCUIT COURT OF APPEALS

To Whom It May Concern,

My name is Gregory W. Kozlowski and I am the Plaintiff in Case 16-CV-478-wmc from The United States District Court in The Western District of Wisconsin, and it is my intent to Appeal the Decision in that case.

Respectfully Submitted

*Gregory W. Kozlowski*

Gregory Kozlowski

Plaintiff *Pro Se*

CC:    U.S. District Court

Western District of Wisconsin

Rebecca Ann Paulson

Rachel Lee Bachhuber

Gregory W. Kozlowski

301 Troy Drive

Madison, WI 53704-1521


Friday January 18th, 2019


United States District Court

Western District of Wisconsin

Judges Chambers of William M. Conley

120 North Henry Street

Madison, Wisconsin 53703


# CERTIFICATION OF MAILING

I, Gregory W. Kozlowski, Plaintiff *Pro Se* Affirm under penalty of perjury that I have mailed
Via First Class U.S. Mail a copy of this Notice and A Notice Of Intent To Appeal to the 7th Circuit Court of
Appeals, to Rebecca Ann Paulson and to Rachel Lee Buchhuber both of the Attorney Generals Office, on
This the 18th Day of January, 2019

Respectfully Yours,

*Gregory W. Kozlowski*

Gregory W. Kozlowski

Plaintiff *Pro Se*

Gregory W. Kozlowski
301 Troy Dr.
Madison, WI 53704

Friday January 18th, 2019

United States District Court
Western District of Wisconsin
Judge's Chambers of William M. Conley
120 North Henry Street
Madison, Wisconsin 53703

RE: Case No. 16-CV-478-wmc

## NOTICE OF INTENT TO APPEAL TO 7TH CIRCUIT COURT OF APPEALS

Dear Judge William M. Conley:

This is my notice to you of my intent to appeal your final decision in my case stated as:

16-CV-478- w.m.c.

Sincerely Yours,

*Gregory W. Kozlowski*

Gregory W. Kozlowski
Plaintiff *Pro Se*

CC: 7th Circuit Court of Appeals
Rebecca Ann Paulson
Rachel Lee Bachhuber

DOC NO
REC'D/FILED

2019 JAN 24 AM 11: 15

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Gregory W. Kozlowski
**301 TROY DRIVE**
**MADISON WI 53704-1599**

RETURN SERVICE REQUESTED

MILWAUKEE WI 530

22 JAN 2019 PM 5 L



United States District Court
Western District of Wisconsin
Judge's Chambers of William M. Conley
120 N. Henry Street
Madison, WI 53703

F-20118

53703-255995